

Monday, July 10, 2017

No. 17–0199/AF.  U.S. v. Ricky D. Chisum, Jr.  CCA S32311.  Appellant' s motion to file a reply brief under seal granted.

No. 17–0495/MC.  U.S. v. Benjamin D. Luna.  CCA 201500423.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 26, 2017.

No. 17–0496/MC.  U.S. v. Mark A. Levrie.  CCA 201500375.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 27, 2017.